*This opinion will be unpublished and
may not be cited except as provided by
Minn. Stat. § 480A.08, subd. 3 (2014).*

**STATE OF MINNESOTA
IN COURT OF APPEALS
A16-0023**

Carol Z. Lively,
Relator,

vs.

Commissioner of Minnesota Department of Health,
Respondent.

**Filed August 29, 2016
Affirmed
Reyes, Judge**

Minnesota Department of Health
Health Care Facility IDS: 900384, 03256, 00741

Carol Z. Lively, La Crosse, Wisconsin (pro se relator)

Lori Swanson, Attorney General, Lindsay K. Strauss, Assistant Attorney General, St. Paul,
Minnesota (for respondent)

Considered and decided by Bratvold, Presiding Judge; Halbrooks, Judge; and Reyes, Judge.

**U N P U B L I S H E D   O P I N I O N**

**REYES**, Judge

Relator appeals an order by respondent disqualifying her from direct-contact work in licensed facilities, arguing that respondent erred by treating her stay of adjudication as a disqualifying conviction and by failing to properly consider mitigating circumstances to set aside her disqualification. Because we conclude that respondent properly considered